**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Veytia Ventures, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0313953** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **128 Third Street South Saint Petersburg, FL 33701** Number, Street, City, State & ZIP Code | **3691 46th Avenue North Saint Petersburg, FL 33714** P.O. Box, Number, Street, City, State & ZIP Code |
| **Pinellas** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://redmesacantina.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Veytia Ventures, LLC**                                    Case number (*if known*) _____
_____Name_____

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____**7225**____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor __**Veytia Ventures, LLC**_____     Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Veytia Ventures, LLC**                                                    Case number (*if known*) _____
          Name

☐  $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐  $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐  $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Veytia Ventures, LLC**                                                    Case number (*if known*) _____
          Name

Debtor    **Veytia Ventures, LLC**                                             Case number (*if known*) _____
          Name

---

**Request for Relief, Declaration, and Signatures**

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 1, 2026**
               MM / DD / YYYY

X _____        **Peter B. Veytia, Jr.**
   Signature of authorized representative of debtor        Printed name

Title    **Managing Member**

**18. Signature of attorney**    X _____        Date    **June 1, 2026**
                                    Signature of attorney for debtor                       MM / DD / YYYY

**Kathleen L. DiSanto**
Printed name

**Bush Ross, P.A.**
Firm name

**PO Box 3913**
**Tampa, FL 33601-3913**
Number, Street, City, State & ZIP Code

Contact phone    **813-224-9255**        Email address    **kdisanto@bushross.com**

**58512 FL**
Bar number and State

---

## United States Bankruptcy Court
### Middle District of Florida

In re   **Veytia Ventures, LLC**_____   Case No. _____

_____Debtor(s)   Chapter   __11_____

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 1, 2026**_____   _____

**Peter B. Veytia, Jr. Managing Member**
Signer/Title

Veytia Ventures, LLC
3691 46th Avenue North
Saint Petersburg, FL 33714

Kathleen L. DiSanto
Bush Ross, P.A.
PO Box 3913
Tampa, FL 33601-3913

ALSCO
660 40th St S
Saint Petersburg, FL 33711

BankUnited, N.A.
7815 NW 148th Street
Hialeah, FL 33016

Capitol One
60599 City of Industry
City of Industry, CA 91716-0599

Captain Distributors, Inc.
PO Box 151806
Tampa, FL 33684

Cozzini Bros
8430 W Bryn Mawr Ave
Chicago, IL 60631

Duke Energy
4412 Hillsborough Rd.
Durham, NC 27705

Florida Dept of Revenue
Attn: Executive Director
5050 W. Tennessee Street
Tallahassee, FL 32399

Gas South
P.O. Box 530552
Atlanta, GA 30353-0552

Internal Revenue Service
PO Box 8208
Philadelphia, PA 19101-8208

Laura Hatch
c/o Natalie Jordan, Esq.
Grossman Law, P.A.
545 Delaney Ave., Bldg. 9
Orlando, FL 32801

Leaf Capital Funding, LLC
2005 Market St., 14th Floor
Philadelphia, PA 19103

One Progress Plaza, LLC
c/o Dean E. Kucera, RA
1936 Bruce B. Downs Blvd.
Wesley Chapel, FL 33543

OTIS Elevator Company
PO Box 73579
Chicago, IL 60673-7579

Pinellas County Tax Collecto
1800 66th St N
Saint Petersburg, FL 33710

R & G Produce, Inc.
7281 50th Street North
Pinellas Park, FL 33781

Red Mesa Group, LLC
c/o Peter B. Veytia, Jr., RA
3691 46th Avenue N
Saint Petersburg, FL 33714

Red Mesa Mercado, LLC
c/o Peter B. Veytia, Jr., RA
3691 46th Avenue N
Saint Petersburg, FL 33714

Red Mesa, LLC
c/o Peter Veytia, Jr., RA
3691 46th Avenue N
Saint Petersburg, FL 33714

Red Mesa, LLC
c/o Peter B. Veytia, Jr., RA
3691 46th Avenue N
Saint Petersburg, FL 33714

Republic Nat'l Distrib. Co.
490 Savarese Circle N.
Tampa, FL 33634

RightNow Refrigeration Co.
PO Box 55582
Saint Petersburg, FL 33732

SAI Inc.
2595 24th Ave N.
Saint Petersburg, FL 33713

Samantha Serrano
c/o Andrew Buchmann, Esq.
Grossman Law, P.A.
545 Delaney Ave., Bldg. 9
Orlando, FL 32801

Stirling Food Systems
PO Box 281841
Ocala, FL 34478

TECO Peoples Gas
PO Box 31318
Tampa, FL 33631-3318

U.S. Small Business Administ
2 North 20th St., #320
Birmingham, AL 35203

US Foods
PO Box 281841
Atlanta, GA 30384-1841

Veytia Enterprises, LLC
c/o Peter B. Veytia, Jr., RA
3691 46th Avenue N
Saint Petersburg, FL 33714

Ware Care
PO Box 21237
Saint Petersburg, FL 33742

Wilson Building, LLC
239 2nd Ave. S, Ste 200
Saint Petersburg, FL 33701