**Fill in this information to identify the case:**

Debtor name      Veytia Ventures, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 1, 2026**            X _____
                                            Signature of individual signing on behalf of debtor

                                            **Peter B. Veytia, Jr.**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

Official Form 202                   Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Veytia Ventures, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ALSCO 660 40th St S Saint Petersburg, FL 33711** | | trade debt | | | | $996.81 |
| **BankUnited, N.A. 7815 NW 148th Street Hialeah, FL 33016** | | guaranty | **Contingent** | | | $1,534,239.86 |
| **Capitol One 60599 City of Industry City of Industry, CA 91716-0599** | | credit card | | | | $72,382.00 |
| **Captain Distributors, Inc. PO Box 151806 Tampa, FL 33684** | | trade debt | | | | $336.00 |
| **Cozzini Bros 8430 W Bryn Mawr Ave Chicago, IL 60631** | | trade debt | | | | $379.84 |
| **Duke Energy 4412 Hillsborough Rd. Durham, NC 27705** | | utilities | | | | $6,609.79 |
| **Gas South P.O. Box 530552 Atlanta, GA 30353-0552** | | utilities | | | | $25.68 |
| **Laura Hatch c/o Natalie Jordan, Esq. Grossman Law, P.A. 545 Delaney Ave., Bldg. 9 Orlando, FL 32801** | | | **Unliquidated Disputed** | | | $0.00 |

| Debtor | **Veytia Ventures, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **One Progress Plaza, LLC**<br>**c/o Dean E. Kucera, RA**<br>**1936 Bruce B. Downs Blvd.**<br>**Wesley Chapel, FL 33543** | | **lease** | | | | $0.00 |
| **Republic Nat'l Distrib. Co.**<br>**490 Savarese Circle N.**<br>**Tampa, FL 33634** | | **trade debt** | | | | $404.00 |
| **RightNow Refrigeration Co.**<br>**PO Box 55582**<br>**Saint Petersburg, FL 33732** | | **trade debt** | | | | $327.40 |
| **SAI Inc.**<br>**2595 24th Ave N.**<br>**Saint Petersburg, FL 33713** | | **trade debt** | | | | $379.32 |
| **Samantha Serrano**<br>**c/o Andrew Buchmann, Esq.**<br>**Grossman Law, P.A.**<br>**545 Delaney Ave., Bldg. 9**<br>**Orlando, FL 32801** | | | **Unliquidated Disputed** | | | $0.00 |
| **Stirling Food Systems**<br>**PO Box 281841**<br>**Ocala, FL 34478** | | **trade debt** | | | | $1,734.90 |
| **TECO Peoples Gas**<br>**PO Box 31318**<br>**Tampa, FL 33631-3318** | | **utilities** | | | | $758.49 |
| **U.S. Small Business Administ**<br>**2 North 20th St., #320**<br>**Birmingham, AL 35203** | | **all tangible and intangible personal property** | | $142,698.00 | $0.00 | $142,698.00 |
| **U.S. Small Business Administ**<br>**2 North 20th St., #320**<br>**Birmingham, AL 35203** | | **disaster loan** | | | | $48,500.00 |

Debtor   **Veytia Ventures, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Foods PO Box 281841 Atlanta, GA 30384-1841** | | **trade debt** | | | | **$7,853.39** |
| **Ware Care PO Box 21237 Saint Petersburg, FL 33742** | | **trade debt** | | | | **$2,517.56** |
| **Wilson Building, LLC 239 2nd Ave. S, Ste 200 Saint Petersburg, FL 33701** | | **lease** | | | | **$0.00** |